**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DESERT SHORES COMMUNITY ASSOCIATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:17-cv-001696-APG-NJK<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO DISMISS**<br><br>(ECF No. 15) |

　　　I previously entered a stay in this case. ECF No. 5.  No party has moved to lift the stay.

　　　IT IS THEREFORE ORDERED that defendant Desert Shores Community Association's motion to dismiss **(ECF No. 15) is DENIED without prejudice** to refile once the stay is lifted.

　　　DATED this 17th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE