ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiffs Bank of America, N.A.
and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> DESERT SHORES COMMUNITY ASSOCIATION; RICHARD COBEY; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:17-cv-01696-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE DEFENDANT DESERT SHORES COMMUNITY ASSOCIATION'S MOTION TO DISMISS** |

Plaintiffs Bank of America, N.A. (**BANA**) and Federal National Mortgage Association (**Fannie Mae**) and defendant Desert Shores Community Association respectfully submit the following stipulation to allow BANA and Fannie Mae fourteen additional days to oppose Desert Shores' motion to dismiss, ECF No. 30.

Desert Shores moved to dismiss on November 5, 2019. (ECF No. 30.) BANA and Fannie Mae's opposition is due on November 19, 2014. The parties stipulate to extending BANA and Fannie Mae's opposition deadline by fourteen days, to **December 3, 2019**, to allow BANA and Fannie Mae time to move for a default judgment against defendant Richard Coby which, if granted, will moot BANA and Fannie Mae's claims against Desert Shores.

50770284;1

This is the first request to extend BANA and Fannie Mae's opposition deadline. This stipulation is not made to cause delay or prejudice to any party.

DATED: November 12, 2019.

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Ryan D. Hastings* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128 |
| *Attorneys for plaintiffs Bank of America, N.A. and Federal National Mortgage Association* | *Attorneys for defendant Desert Shores Community Association* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:17-cv-01696-APG-NJK
Dated: November 12, 2019.

50770284;1