ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiffs Bank of America, N.A.*
*and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION,

        Plaintiff,

v.

DESERT SHORES COMMUNITY ASSOCIATION; RICHARD COBEY; and NEVADA ASSOCIATION SERVICES, INC.,

        Defendants.

Case No.: 2:17-cv-01696-APG-NJK

**STIPULATION TO DISMISS REMAINING CLAIMS WITHOUT PREJUDICE**

**ORDER**

In light of the court's order granting plaintiffs Bank of America, N.A. (**BANA**) and Federal National Mortgage Association (**Fannie Mae**)'s motion for default judgment against defendant Richard Cobey, ECF No. 37, pursuant to Rule 41, BANA, Fannie Mae and defendant Desert Shores Community Association stipulate to dismiss all remaining claims in this action without prejudice, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 11, 2020.

52135300;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

DATED: March 11, 2020.

**AKERMAN LLP**

/s/ Jamie K Combs, Esq.
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiffs Bank of America, N.A.
and Federal National Mortgage Association*

**LEACH JOHNSON SONG & GRUCHOW**

/s/ Ryan D. Hastings, Esq.
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for defendant Desert Shores
Community Association*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:17-cv-01696-APG-NJK

_____
DATED

52135300;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572